**In Re: Allen Wilburn CARROLL, Petitioner.**

**No. 07–2404.**

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. P. June 1, 2007.

Filed: June 11, 2007.

Allen Wilburn Carroll, Philadelphia, PA, pro se.

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

### OPINION

PER CURIAM.

Pro se petitioner Allen Wilburn Carroll seeks a writ of mandamus to compel the

United States District Court for the Eastern District of Pennsylvania to rule upon the Defendant's motion to dismiss. The District Court entered an order granting Defendant's motion to dismiss on May 8, 2007. Therefore, we will deny the petition for writ of mandamus as moot.